UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re:<br><br>MV REALTY PBC, LLC, *et al.*,<br><br>Debtor. | Case No. 23-17590-EPK<br>Chapter 11<br>Jointly Administered |

| | |
|---|---|
| MV REALTY PBC, LLC *et al*<br><br>Plaintiffs,<br>v.<br>OFFICE OF THE ATTORNEY GENERAL,<br>STATE OF FLORIDA DEPARTMENT OF<br>LEGAL AFFAIRS, *et al.*<br><br>Defendants. | Adv. Proc. No. 23-01211-EPK |

### APPEARANCE VIA GOVERNMENTAL PRO HAC VICE AND REQUEST FOR NOTICE

***Please take notice*** that the undersigned enters her appearance, pursuant to sections 342 and 1109(b) of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2090-1(C)(3) in the above captioned adversary case, by and through the Office of the Attorney General of Indiana.

***Please take further notice*** that the undersigned requests that copies of all notices and notices and pleadings be served on the following:

L. Leona Frank
Deputy Attorney General
Office of the Attorney General of Indiana

302 W. Washington St., IGCS-5th Floor
Indianapolis, IN 46204
Phone: 317-232-6315 Fax: 317-232-7979

***Please take further notice*** that pursuant to Section 1109(b) of the Bankruptcy Code, the forgoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, hand delivery, overnight carrier, or otherwise filed or made with regard to the above captioned adversary case.

***Please take further notice*** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of rights of the Office of the Attorney General of Indiana, the State of Indiana, and all related agencies to any and all rights, claims, counterclaims, defenses or objections Office of the Indiana Attorney General, the State of Indiana, and all related agencies may have, including, without limitation, the right to (i) trial by jury in any proceeding so triable in this proceeding or any case, controversy, or proceeding related to this proceeding or the above-captioned adversary case; (ii) have the United States District Court withdraw the reference in any matter subject to mandatory and discretionary withdrawal; or (iii) any and all rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Office of the Indiana Attorney General, State of Indiana, and all related agencies is or may be entitled under agreements, in law or in equity, any and all of

which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved hereby.

        Respectfully submitted,

        TODD ROKITA
        Office of the Indiana Attorney General

By:   /s/ L. Leona Frank
       L. Leona Frank, Atty. No. 24585-49
       Deputy Attorney General
       Office of Attorney General of Indiana
       Indiana Government Center S., 5th Fl.
       302 West Washington Street
       Indianapolis, IN  46204-2770
       Telephone: 317-232-6315
       Facsimile: 317-232-7979
       Email:  Leona.Frank@atg.in.gov

       ATTORNEY FOR INDIANA CONSUMER CREDITORS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties in this proceeding on October 18, 2023.

       */s/ L. Leona Frank*
       L. Leona Frank
       Deputy Attorney General