

**ORDERED in the Southern District of Florida on October 27, 2023.**



        **Erik P. Kimball**
        **Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**　　　　　　　　　　　　　　　　　　　　　**Case No. 23-17590-EPK**

**MV Realty PBC, LLC *et al.*,**　　　　　　　　　　　**Chapter 11**

    Debtors.
_____/
**MV Realty PBC, LLC *et al.*,**

    Plaintiff,
v.　　　　　　　　　　　　　　　　　　　　　　　　**Adv. Pro. No. 23-01211-EPK**

**Office of the Attorney General,**
**State of Florida *et al.*,**

    Defendant.
_____/

## ORDER SETTING CONTINUED STATUS CONFERENCE

THIS MATTER came before the Court for status conference on October 27, 2023 for the purpose of setting an evidentiary hearing and related deadlines in connection with the plaintiffs' request for a preliminary injunction contained in the *Plaintiffs' Emergency*

*Motion for Temporary Restraining Order and for Preliminary Injunction* [ECF. No. 2] (the "Motion"). It is expected that the parties will present the Court with an agreed proposed scheduling order consistent with the form provided by the Court to plaintiffs' counsel. If the parties are unable to reach agreement on the form of a scheduling order, the Court will hold a continued status conference to establish appropriate deadlines.

With the Court being fully advised in the premises, it is ORDERED AND ADJUDGED as follows:

1. The above-captioned adversary proceeding shall be set for continued status conference on **November 9, 2023 at 9:30 a.m.** at the United States Bankruptcy Court, Courtroom B, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E. If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143. All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

2. If the parties submit an agreed proposed scheduling order acceptable to the Court, the Court will cancel the continued status conference set by this Order.

### 

Copies furnished to:

Michael D. Seese, Esq.

*Michael D. Seese, Esq. shall serve a conformed copy of this order upon the defendant(s) and shall file a Certificate of Service of same with the Clerk of Court.*